EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 177 |
|---|---|
| Juan M. Rodríguez Martínez | 203 DPR _____ |

Número del Caso:  TS-18,333


Fecha:  17 de septiembre de 2019


Abogado de la parte peticionaria:

    Por Derecho Propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan M. Rodríguez Martínez          TS-18,333

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de septiembre de 2019.

Examinadas la *Moción urgente en cumplimiento de orden y sobre reinstalación a la práctica de la abogacía*, así como la *Moción urgente sobre reconsideración*, se reinstala al Sr. Juan M. Rodríguez Martínez **únicamente al ejercicio de la abogacía**.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo